COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00373-CR |
| Style: | Adrian Simon v. State of Texas |
| Date motions filed[*]: | August 20, 2014 |
| Type of motions: | Motions to Substitute Counsel and for Extension of Time to File Brief |
| Parties filing motions: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?    No

If motion to extend time:

    Original due date: July 23, 2014

    Number of extensions granted:    0    Current Due date: July 23, 2014

    Date Requested:    September 19, 2014

Ordered that motions are:

    ☒ Granted

        If document is to be filed, document due: September 19, 2014

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    **The motion to substitute counsel pursuant to Texas Rule of Appellate Procedure 6.5(d) as currently filed is denied and is construed as a notice of appearance. The Clerk of this Court is directed to note on the docket Angela Cameron's appearance as lead counsel of record for appellant. *See* TEX. R. APP. P. 6.2. If counsel Franklin Bynum requests withdrawal, he must file a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5. Appellant's motion for extension of time to file appellant's brief is granted until September 19, 2014.**

Judge's signature: /s/ Evelyn V. Keyes

                ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: August 26, 2014

November 7, 2008 Revision